[No. 65356-3-I.   Division One.   October 24, 2011.]

DEUTSCHE BANK TRUST COMPANY AMERICAS, *as Trustee, Respondent,* v. LUCIANO G. GIOVANNI ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 09-2-36247-5, Julie A. Spector, J., entered March 19, 2010. *Affirmed in part* and *remanded* by unpublished opinion per Ellington, J., concurred in by Schindler and Lau, JJ.

[No. 65517-5-I.   Division One.   October 24, 2011.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN VERNER GALLAGHER, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 09-1-00675-9, Susan K. Cook, J., entered June 4, 2010. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker and Spearman, JJ.

[No. 65673-2-I.   Division One.   October 24, 2011.]

JARED K. BARTON, *Respondent,* v. THE DEPARTMENT OF TRANSPORTATION, *Appellant,* SKAGIT COUNTY, DEPARTMENT OF PUBLIC WORKS, *Defendant,* KORRINE LINVOG ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-2-10687-3, Anita L. Farris, J., entered June 4, 2010. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Dwyer, C.J., and Grosse, J.

[No. 65729-1-I.   Division One.   October 24, 2011.]

THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent,* v. MORRISON KNUDSEN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 03-2-14468-1, John P. Erlick, J., entered June 25, 2010. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Grosse, J., concurred in by Cox and Ellington, JJ.